# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTAGE LLC, | Case No. 2:16-CV-2013 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| THE SPRINGS PROPERTY OWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is defendant SFR Investments Pool 1, LLC's demand for security of costs pursuant to Nevada Revised Statutes ("NRS") 18.130. (ECF No. 8).

"When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant . . . ." NRS 18.130. Further, "[i]t is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Org.*, 2012 WL 925027 (D. Nev. 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

Plaintiff Nationstar Mortgage LLC asserts in its complaint that it is "a citizen of Delaware and Texas . . . ." (ECF No. 1 at 1). Therefore, this court finds that defendant properly invokes NRS 18.130. Pursuant to that statute, plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be awarded" in this case. NRS 18.130.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's demand for security of costs, (ECF No. 8) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff Nationstar Mortgage LLC shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED November 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -