DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS PROPERTY OWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; ALBERTO D. DACAYANAN, JR., an individual; SAMANTHA A. DACAYANAN, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:16-cv-02013-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ALBERTO D. DECAYANAN, JR. AND SAMANTHA DECAYANAN WITHOUT PREJUDICE** |

Cross-Defendants ALBERTO D. DACAYANAN, JR. and SAMANTHA A. DACAYANAN ("the Decayanans") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **1056 Chip Court, Minden, NV 89705; Parcel No. 1420-08-313-002** ("Property"). The Decayanans have been informed

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

that the Property was sold on January 10, 2014 by the foreclosure sale conducted by Kern & Associates, Ltd. ("K&A"), agent for THE SPRINGS PROPERTY OWNERS ASSOCIATION "the Association"). The Decayanans further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Douglas County Recorder, Instrument Number 20140117-0837061, the quitclaim deed transferring the Property to SFR Investments Pool 1, LLC ("SFR") recorded in the Official Records of the Douglas County Recorder, Instrument Number 20140418-0841279, or SFR's ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and the Decayanans stipulate and agree that the Decayanans shall be dismissed from this action with without prejudice, each party to bear its own fees and costs.

| Dated this 19th day of December, 2016. | Dated this 19th day of December, 2016. |
|---|---|
| **KIM GILBERT EBRON** | **THE LAW OFFICE OF STEPHEN G. YOUNG** |
| */s/ Diana Cline Ebron*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Stephen G. Young*<br>STEPHEN G. YOUNG, ESQ.<br>Nevada Bar No. 4472<br>177 E. 7th Street<br>Carson City, Nevada 89701<br>Phone: (775) 885-8700<br>Fax: (775) 201-0343<br>*Attorney for Alberto D. Dacayanan, Jr. and Samantha A. Decayanan* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants ALBERTO D. DACAYANAN, JR. and SAMANTHA A. DACAYANAN shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED April 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*