Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE SPRINGS PROPERTY OWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendant. | Case No. 2:16-cv-02013-JCM-VCF <br><br> **STIPULATION AND (Proposed) ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** <br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC; ALBERTO D. DACAYANAN, JR., an individual; SAMANTHA A. DACAYANAN, an individual, <br><br> Counter/Cross Defendants, | |

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR"), Defendant THE SPRINGS PROPERTY OWNERS ASSOCIATION (the "Association"), and Plaintiff NATIONSTAR

- 1 -

1  MORTGAGE LLC ("Nationstar")[1] hereby stipulate and agree to extend the time for the parties to file dispositive motions for an additional two weeks, until May 4, 2017, as outlined below. The current dispositive motion deadline is April 20, 2017. This is the first request for an extension of time.

1. This lawsuit involves the parties seeking quiet title/declaratory relief and other claims related to a non-judicial homeowner's association foreclosure sale conducted on a Property pursuant to NRS 116.

2. Pursuant to the scheduling plan and order [ECF No. 13], the dispositive motion deadline is April 20, 2017.

3. The Association filed its motion for summary judgment on April 18, 2017 [ECF No. 33.]

4. Undersigned counsel for SFR represented to counsel for Nationstar and the Association that on April 6, 2017, one of attorneys from Kim Gilbert Ebron ("KGE") assigned to the case on behalf of SFR was involved in a debilitating automobile accident, resulting in protracted absence from the firm. It is yet unclear as to when the attorney will have the capacity to return to work full-time and her workload is being reassigned.

5. Due to the foregoing, the Parties request additional time to submit their dispositive motions. This will allow SFR to either re-assign the case to a different attorney or allow for the return of the attorney originally assigned. Additionally it will allow Nationstar to file contemporaneously with SFR, thereby allowing these parties' motions to come before the Court at the same time for consideration of all facts and arguments.

6. The Parties also request that the time to respond to the Association's motion for summary judgment be extended to the same date as the time as responses to Nationstar's and SFR's motions will be due. This will also place all motions before the Court contemporaneously for consideration of any facts and issues that may be relevant to Nationstar's and SFR's motions.

7. The parties hereby respectfully request that the deadline for dispositive motions be

---

[1] SFR dismissed Cross-Defendants Alberto D. Dacayanan, Jr. and Samantha A. Dacayanan by stipulation and Order entered on April 13, 2017 [ECF No. 32].

- 2 -

1  extended to May 4, 2017 due to this unforeseeable accident and that the time to respond to the
2  Association's motion for summary judgment [ECF No. 33] be extended to be contemporaneous
3  with the responses to Nationstar's and SFR's motions.
4  ///
5
6  ///
7
8  ///
9
10 ///
11
12 ///
13
14 ///
15
16 ///
17
18 ///
19
20 ///
21
22 ///
23
24 ///
25
26 ///
27
28 ///

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

8. This is the first request for extension of the dispositive motion deadline and the request is not meant for purposes of delay or prejudice but to allow SFR to re-assign and fully brief its dispositive motion and allow the Court to consider all motions contemporaneously.

Dated this __19th__ day of April, 2017.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/Jacqueline A. Gilbert*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: 702-485-3300<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/Rex Garner*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX GARNER, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Phone: 702-634-5000<br><br>*Attorneys for Nationstar Mortgage LLC* |
| **BOYACK ORME & TAYLOR**<br><br>**/s***/ Colli C. McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 005229<br>Colli C. McKiever, Esq.<br>Nevada Bar No. 13724<br>401 N. Buffalo Drive, Suite 202<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Springs Property Owners Association* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2017

- 4 -