Edward D. Boyack, Esq.
Nevada Bar No. 5229
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorneys for Defendant, The Springs
Property Owners Association*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE SPRINGS PROPERTY OWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02013-JCM-NJK<br><br>**MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; ALBERTO D. DACAYANAN, JR., an individual; SAMANTHA A. DACAYANAN, an individual;,<br><br>Counter/Cross-Defendants. | |

COMES NOW Defendant, THE SPRINGS PROPERTY OWNERS ASSOCIATION by and through its counsel of record, the law firm of Boyack Orme & Anthony, and hereby moves this Court to remove the following attorneys from service on this case:

Colli Christine McKiever, Esq. - colli@boyacklaw.com

Jason W. Onello, Esq.   -   jason@boyacklaw.com

Patrick Orme, Esq.   -   patrick@boyacklaw.com

The representation of our client, The Springs Property Owners Association, will continue to be handled by our remaining attorney, Edward D. Boyack, Esq., and necessary support staff.

DATED this 23rd day of April, 2018.

**BOYACK ORME & ANTHONY**

By: */s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant, The Springs Property Owners Association*

IT IS SO ORDERED.
Dated:  April 24, 2018
.
_____
United States Magistrate Judge