# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:16-CV-2013 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| THE SPRINGS PROPERTY OWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Nationstar Mortgage LLC v. Springs Property Owners Association et al, et al,* case no. 2:16-cv-02013-JCM-NJK.

On February 13, 2018, the court issued an order resolving all pending claims in this matter. (ECF No. 48). However, due to a clerical error, the court did not enter judgment accordingly and close the case. Accordingly, because all claims in this matter have been resolved, the court hereby orders that judgment be entered accordingly and that this case be closed.

Accordingly,

IT IS ORDERED THAT the clerk of court shall enter judgment in accordance with the court's February 13, 2018, order (ECF No. 48), and close the case.

IT IS SO ORDERED.

DATED May 2, 2019.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**